## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-14353-MIDDLEBROOKS

KEITH PEARCE and JANET PEARCE,
individually and on behalf
of all others similarly situated,

        Plaintiff,

v.

STATE FARM FLORIDA INSURANCE
COMPANY and STATE FARM FIRE AND
CASUALTY COMPANY,

        Defendants.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court sua sponte. Pursuant to my Order dismissing

Plaintiffs' Second Amended Class Action Complaint (DE 190), the Clerk of Court **SHALL**

**CLOSE** this case. All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida this 29 day of January, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record